UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-60697
Summary Calendar
_____


In The Matter Of:   EVAN DOSS, JR. CORP.

Debtor.

EVAN DOSS, JR.,

Appellant,

v.

LEOLA DICKEY,

Appellee.

_____

Appeal from the United States District Court for the
Southern District of Mississippi, Jackson
5:97-CV-110-BrS
_____

May 1, 2000

Before JOLLY, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Evan Doss, Jr. appeals from an order of the district court
denying his motion to alter or amend an order of the bankruptcy
court for the Southern District of Mississippi.  The order sought
to be amended was an agreed order regarding motion of Trustee for
approval to sell property free and clear of liens to the highest

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

bidder.  At a hearing on the trustee's motion to sell property, Doss agreed to the settlement reflected in the bankruptcy court order.  Because he had agreed to the order, the district court affirmed the bankruptcy court decision.  For the reasons stated in the order of the district court dated September 28, 1998, we affirm the order of the bankruptcy court.

AFFIRMED